

# NUMBER 13-22-00061-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **SANTOS VALENTIN RAMOS,** | **Appellant,** |
| **v.** | |
| **TAYLOR LEANN SHAFER,** | **Appellee.** |

## On appeal from the 377th District Court
## of Victoria County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Chief Justice Contreras**

On February 14, 2022, appellant filed a notice of appeal. On March 15, 2022, the Clerk of the Court notified appellant that the clerk's record in the above cause was due on March 16, 2022, and that the district clerk, Ms. Kim Plummer, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this failure so that steps could be taken to correct the

defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that if arrangements to pay for the clerk's record and proof of payment were not made and filed within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant failed to comply with the notice from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
26th day of May, 2022.